F. Christopher Austin (NSB 6559)
caustin@weidemiller.com
Jing Zhao (NSB 11487)
jzhao@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorneys for Plaintiff and Counterdefendant
Falk Oral and Facial Surgery PLLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FALK ORAL AND FACIAL SURGERY PLLC d/b/a CANYON ORAL AND FACIAL SURGERY, a Nevada professional limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>SUDHEER J. SURPURE, MD, DDS, INC. d/b/a GRAND CANYON ORAL & FACIAL SURGERY, a Nevada corporation,<br><br>    Defendant. | Case No.: 2:21-cv-1464-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND (1) PLAINTIFF'S DEADLINE TO FILE RESPONSIVE PLEADING, AND (2) PARTIES' DEADLINE TO FILE PROPOSED DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**<br><br>[FIRST REQUEST] |

Pursuant to LR IA 6-1, Plaintiff Falk Oral and Facial Surgery PLL d/b/a Canyon Oral and Facial Surgery ("Plaintiff") and Defendant Sudheer J. Surpure, MD, DDS, Inc., d/b/a Grand Canyon Oral & Facial Surgery ("Defendant", together with Plaintiff "Parties") submit the following Stipulation to Extend Time to file (1) Plaintiff's Responsive Pleading up to and including October 25, 2021, and (2) Parties' Proposed Discovery Plan and Proposed Scheduling Order. In support of the Stipulation, the Parties state the following:

1. Plaintiff's responsive pleading is currently due September 24, 2021.

2. The Parties engaged in the Rule 26(f) conference on September 15, 2021. Their Joint Proposed Discovery Plan and Scheduling Order is currently due September 29, 2021.

1

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

JZ-W-0126

2. The Parties are in active settlement discussions and thus wish to extend upcoming deadlines.

3. This is the first request to extend the deadline for Plaintiff to file its responsive pleading, and for the Parties to file their Joint Proposed Discovery Plan and Scheduling Order.

4. This request for an extension of time is not intended to cause any undue delay or prejudice any party.

5. Therefore, the Parties hereby stipulate that the deadline for Plaintiff to file its responsive pleading shall be extended to October 25, 2021.

//

2

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

JZ-W-0126

6. The Parties further stipulate that the deadline for the Parties to file their Joint Proposed Discovery Plan and Scheduling Order shall be extended to October 29, 2021.

| | |
|---|---|
| **WEIDE & MILLER, LTD.** | **MILLIGAN LAWLESS, P.C.** |
| /s/ *F. Christopher Austin* | /s/ *Robert J. Itri* |
| Christopher Austin (NSB 6559) | Robert J. Itri (Arizona Bar No. 010938, |
| Jing Zhao (NSB 11487) | *Pro Hac Vice* Pending) |
| 10655 Park Run Drive, Suite 100 | Bob.Itri@MilliganLawless.com |
| Las Vegas, NV 89144 | |
| caustin@weidemiller.com | *Attorney for Defendant* |
| jzhao@weidemiller.com | |
| *Attorneys for Plaintiff* | |
| Dated September 24, 2021 | Dated September 24, 2021 |

**SKLAR WILLIAMS PLLC**

/s/ *Nadia Janjua Ahmed*
Nadia Janjua Ahmed (NSB # 15489)
nahmed@sklar-law.com

*Attorney for Defendant*

Dated September 24, 2021

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: September 28, 2021

3

JZ-W-0126

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804