1  F. Christopher Austin (NSB 6559)
   caustin@weidemiller.com
2  Jing Zhao (NSB 11487)
   jzhao@weidemiller.com
3  **WEIDE & MILLER, LTD.**
   10655 Park Run Drive, Suite 100
4  Las Vegas, NV 89144
   Telephone: (702) 382-4804
5  Facsimile: (702) 382-4805

6  *Attorneys for Plaintiff/Counter-defendant*
   *Falk Oral and Facial Surgery PLLC*

7
                    **UNITED STATES DISTRICT COURT**
8
                         **DISTRICT OF NEVADA**
9

10  Falk Oral and Facial Surgery PLLC d/b/a      No. 2:21-cv-01464-JCM-DJA
    Canyon Oral and Facial Surgery, a Nevada
11  professional limited liability company,       **STIPULATION AND ORDER TO**
                                                  **EXTEND (1) PLAINTIFF'S/**
12                    Plaintiff,                   **COUNTER-DEFENDANT'S**
                                                  **DEADLINE TO FILE RESPONSIVE**
13  vs.                                           **PLEADING TO COUNTERCLAIM,**
                                                  **AND (2) PARTIES' DEADLINE TO**
14  Sudheer J. Surpure, MD, DDS, Inc. d/b/a       **FILE JOINT DISCOVERY PLAN AND**
    Grand Canyon Oral & Facial Surgery, a         **PROPOSED SCHEDULING ORDER**
15  Nevada corporation,
                                                  [THIRD REQUEST]
16                    Defendant.

17  ─────────────────────────────────
    Sudheer Surpure, MD, DDS, Inc. d/b/a
18  Grand Canyon Oral & Facial Surgery, a
    Nevada corporation,
19
                      Counterclaimant,
20  vs.

21  Falk Oral and Facial Surgery PLLC d/b/a
    Canyon Oral and Facial Surgery, a Nevada
22  professional limited liability company,

23                    Counter-defendant.

24  ─────────────────────────────────

25         Pursuant to LR IA 6-1, Defendant Sudheer J. Surpure, MD, DDS, Inc., dba Grand Canyon

26  Oral & Facial Surgery ("Defendant") and Plaintiff Falk Oral and Facial Surgery PLL dba Canyon

27  Oral and Facial Surgery ("Plaintiff") submit the following Stipulation to Extend Time to file (1)

28  Plaintiff's/Counter-defendant's  responsive  pleading  to  Counterclaim  up  to  and  including

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

JZ-W-0238                                        1

December 27, 2021, and (2) the parties' Joint Discovery Plan and proposed Scheduling Order up to and including December 29, 2021.  In support of the Stipulation, the parties state the following:

1.    Plaintiff's/Counter-defendant's responsive pleading to the Counterclaim is currently due November 24, 2021.  (ECF No. 23)

2.    The parties' Joint Discovery Plan and proposed Scheduling Order is currently due November 29, 2021.  (ECF No. 23)

3.    The parties are in active settlement discussions and anticipate entering into a definitive agreement shortly and thus wish to extend upcoming deadlines.

4.    This is the third request to extend the deadline for Plaintiff/Counter-defendant to file its responsive pleading to Counterclaim, and for the parties to file their Joint Discovery Plan and proposed Scheduling Order.

5.    This request for an extension of time is not intended to cause any undue delay or prejudice any party.

6.    Therefore, the parties hereby stipulate that the deadline for Plaintiff/Counter-defendant to file its responsive pleading shall be extended to December 27, 2021.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

JZ-W-0238

2

7.     The parties further stipulate that the deadline for the parties to file their Joint Discovery Plan and proposed Scheduling Order be extended to December 29, 2021.

RESPECTFULLY SUBMITTED this 24th day of November, 2021.

**WEIDE & MILLER, LTD.**

By: /s/ *F. Christopher Austin*
F. Christopher Austin (NSB # 6559)
caustin@weidemiller.com
Jing Zhao (NSB # 11487)
jzhao@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorneys for Plaintiff/Counter-defendant*

**MILLIGAN LAWLESS, P.C.**

By: /s/ *Robert J. Itri*
Robert J. Itri (Arizona Bar No. 010938)
(*Pro Hac Vice*)
Chelsea L. Gulinson (Arizona Bar No. 034886)
(*Pro Hac Vice*)
Bob.itri@milliganlawless.com
chelsea@milliganlawless.com

**SKLAR WILLIAMS PLLC**

By: /s/ *Nadia Ahmed*
Bryan M. Williams (NV 5547)
Nadia Ahmed (NSB 15489)
bwilliams@sklar-law.com
nahmed@sklar-law.com

*Attorneys for Defendants/Counterclaimant*

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: _____November 29, 2021_____

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

JZ-W-0238                                   3