1
F. Christopher Austin (NSB 6559)
caustin@weidemiller.com
2
Jing Zhao (NSB 11487)
jzhao@weidemiller.com
3
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
4
Las Vegas, NV 89144
Telephone: (702) 382-4804
5
Facsimile: (702) 382-4805

6
*Attorneys for Plaintiff*
*Falk Oral and Facial Surgery PLLC*
7
**UNITED STATES DISTRICT COURT**
8
**DISTRICT OF NEVADA**
9

10
Falk Oral and Facial Surgery PLLC d/b/a
Canyon Oral and Facial Surgery, a Nevada
professional limited liability company,
11
No. 2:21-cv-01464-JCM-DJA
12
Plaintiff,
**STIPULATION AND ORDER TO**
13
vs.
**EXTEND (1) PLAINTIFF'S/**
**COUNTER-DEFENDANT'S**
**DEADLINE TO FILE RESPONSIVE**
14
Sudheer J. Surpure, MD, DDS, Inc. d/b/a
Grand Canyon Oral & Facial Surgery, a
Nevada corporation,
**PLEADING TO COUNTERCLAIM,**
**AND (2) PARTIES' DEADLINE TO**
15
**FILE JOINT DISCOVERY PLAN AND**
Defendant.
**PROPOSED SCHEDULING ORDER**
16

17
[FOURTH REQUEST]

18
Sudheer Surpure, MD, DDS, Inc. d/b/a Grand
19
Canyon Oral & Facial Surgery, a Nevada
corporation,
20
Counterclaimant,
21
vs.
22
Falk Oral and Facial Surgery PLLC d/b/a
Canyon Oral and Facial Surgery, a Nevada
23
professional limited liability company,
24
Counter-defendant.

25

26
/ /

27
/ /

28
/ /

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

JZ-W-0266                                    1

Pursuant to LR IA 6-1, Plaintiff Falk Oral and Facial Surgery PLL dba Canyon Oral and Facial Surgery ("Plaintiff") and Defendant Sudheer J. Surpure, MD, DDS, Inc., dba Grand Canyon Oral & Facial Surgery ("Defendant") submit the following Stipulation to Extend Time to file (1) Plaintiff's/Counter-defendant's responsive pleading to Counterclaim up to and including December 27, 2021, and (2) the parties' Joint Discovery Plan and proposed Scheduling Order up to and including December 29, 2021.  In support of the Stipulation, the parties state the following:

1.      Plaintiff's/Counter-defendant's responsive pleading to the Counterclaim is currently due December 27, 2021.  (ECF No. 27)

2.      The parties' Joint Discovery Plan and proposed Scheduling Order is currently due December 29, 2021.  (ECF No. 27)

3.      The parties are in active settlement discussions and anticipate entering into a definitive agreement shortly and thus wish to extend upcoming deadlines.

4.      This is the fourth request to extend the deadline for Plaintiff/Counter-defendant to file its responsive pleading to Counterclaim, and for the parties to file their Joint Discovery Plan and proposed Scheduling Order.

5.      This request for an extension of time is not intended to cause any undue delay or prejudice any party.

6.      Therefore, the parties hereby stipulate that the deadline for Plaintiff/Counter-defendant to file its responsive pleading shall be extended to January 27, 2022.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

JZ-W-0266                                                    2

7.    The parties further stipulate that the deadline for the parties to file their Joint Discovery Plan and proposed Scheduling Order be extended to January 31, 2022.

**WEIDE & MILLER, LTD.**

/s/ *F. Christopher Austin*
Christopher Austin (NSB 6559)
Jing Zhao (NSB 11487)
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
caustin@weidemiller.com
jzhao@weidemiller.com

*Attorneys for Plaintiff*

Dated December 27, 2021

**MILLIGAN LAWLESS, P.C.**

/s/ *Robert J. Itri*
Robert J. Itri (Arizona Bar No. 010938,
*Pro Hac Vice* Pending)
Bob.Itri@MilliganLawless.com

*Attorney for Defendant*

Dated December 27, 2021

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: December 28, 2021

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

JZ-W-0266                                3