F. Christopher Austin (NSB 6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorneys for Plaintiff*
*Falk Oral and Facial Surgery PLLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Falk Oral and Facial Surgery PLLC d/b/a Canyon Oral and Facial Surgery, a Nevada professional limited liability company,<br><br>   Plaintiff,<br><br>vs.<br><br>Sudheer J. Surpure, MD, DDS, Inc. d/b/a Grand Canyon Oral & Facial Surgery, a Nevada corporation,<br><br>   Defendant.<br><br>Sudheer Surpure, MD, DDS, Inc. d/b/a Grand Canyon Oral & Facial Surgery, a Nevada corporation,<br><br>   Counterclaimant,<br><br>vs.<br><br>Falk Oral and Facial Surgery PLLC d/b/a Canyon Oral and Facial Surgery, a Nevada professional limited liability company,<br><br>   Counter-defendant. | No. 2:21-cv-01464-JCM-DJA<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties to this action, by their undersigned counsel, as follows:

  1. That the above-captioned action is dismissed in its entirety with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

  2. Neither party shall be entitled to, nor shall seek, an award of costs, disbursements or fees, including attorneys' fees, from the other party with respect to this action.

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1451     1

3. This Stipulation has been made pursuant to the terms of the Settlement Agreement between the parties dated as of August 5, 2022.

4. A signature on this Stipulation transmitted by electronic means shall have the same effect as an original signature.

| WEIDE & MILLER, LTD. | MILLIGAN LAWLESS, P.C. |
|---|---|
| /s/ F. Christopher Austin | /s/ Robert J. Itri |
| Christopher Austin (NSB 6559)<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>caustin@weidemiller.com | Robert J. Itri (Arizona Bar No. 010938,<br>*Pro Hac Vice* Pending)<br>5050 North 40th Street, Suite 200<br>Phoenix, AZ 85018<br>Bob.Itri@MilliganLawless.com |
| *Attorneys for Plaintiff* | Bryan M. Williams (NSB 5547)<br>SKLAR WILLIAMS PLLC<br>410 South Rampart Blvd., Suite 350<br>Las Vegas, NV 89145<br>bwilliams@sklar-law.com |
| Dated August 8, 2022 | *Attorneys for Defendant*<br><br>Dated August 8, 2022 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 8, 2022